IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN BATES, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-00051-KD-C |
| ) | |
| UNITED STATES GOVERNMENT and ) | |
| UNITED STATES GENERAL SERVICES ) | |
| ADMINISTRATION, ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 49) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 14, 2014, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Motion for Partial Dismissal (Doc. 21) filed by the United States is **GRANTED in part** and **DENIED in part** as set out in the Report and Recommendation.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court determines there is no just reason for delay and will enter a separate final judgment under Federal Rule of Civil Procedure 58 as to Defendant the United States General Services Administration <u>only</u>.

**DONE** and **ORDERED** this the **12th** day of **March 2014**.

                                                     /s/ Kristi K. DuBose
                                                     **KRISTI K. DuBOSE**
                                                     **UNITED STATES DISTRICT JUDGE**