# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CAROLYN BATES, | : |
| Plaintiff, | : |
| v. | :     CA 13-00051-KD-C |
| UNITED STATES OF AMERICA, | : |
| Defendant. | |

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND ASSOCIATED SUPPLEMENTAL RULE 16(b) SCHEDULING ORDER

This matter is before the Court on the Plaintiff's motion for a two-week extension of time to file her response to the government's motion for summary judgment (doc. 140) and the government's response (doc. 142). The Plaintiff requests the extension because, as she states, she did not receive the government's motion until January 12, 2015, despite the fact that it was filed on December 26, 2014. (Doc. 140.)[1] The government does not oppose the Plaintiff's request for an extension. (Doc. 142, ¶ 4.) Accordingly, the undersigned has determined that the Plaintiff's motion (doc. 140) is due to be **GRANTED**. The deadline for the Plaintiff to file a response to the government's motion for summary judgment shall be **EXTENDED** to **February 18, 2015**, and the deadline for the government to file its reply shall be **EXTENDED** to

---

[1] The government's motion for summary judgment was timely filed on December 26, 2014. (Doc. 135.) However, the government's proposed findings of fact and conclusions of law was filed thirty minutes late as the Court ordered that it must be filed by December 26, 2014, (doc. 134), and it was not filed until December 27, 2014, at 12:30 a.m., (doc. 136). Despite the late filing, the undersigned will consider the government's proposed findings of fact and conclusions of law.

**March 4, 2015**. The government's motion will be taken under submission by the undersigned on **March 5, 2015**.

Because the government's motion for summary judgment will not be taken under submission until March 5, 2015, the undersigned hereby modifies the Supplemental Rule 16(b) Scheduling Order (doc. 88) as follows:

      6.    <u>PRETRIAL DISCLOSURES</u>. The time for **disclosing** the information required by Fed. R. Civ. P. 26(a)(3) shall be **May 21, 2015.**

      9.    <u>FINAL PRETRIAL CONFERENCE</u>. This non-jury action shall be pretried by District Judge Kristi K. DuBose on **June 11, 2015 at 10:30 a.m. in Mobile, Alabama.** This is a **<u>firm</u>** pretrial setting and the parties should be ready for trial by the pretrial conference. Requests for extending the convening of the pretrial conference **will be granted only after good cause for the extension has been exhibited. <u>A COPY OF JUDGE DUBOSE'S STANDING ORDER GOVERNING HER FINAL PRETRIAL CONFERENCES IS ATTACHED. NO ADDITIONAL NOTICES REGARDING THE FINAL PRETRIAL CONFERENCE WILL BE NECESSARY</u>**.

      10.    <u>TRIAL DATE</u>. This action will come on for a bench trial during the month of **July 2015**, in Mobile, Alabama,[2] the specific date to be announced during the final pretrial conference. The parties have estimated that this action will require **two (2)** trial days.

      **DONE** and **ORDERED** this the 23rd day of January 2015.

                                    s/WILLIAM E. CASSADY
                                    **UNITED STATES MAGISTRATE JUDGE**

---

[2] The undersigned notes that the defendant requested in the parties Rule 26(f) report that the trial in this matter be held at the courthouse in Selma, AL. (*See* doc. 40, ¶ 13(a).) The defendant's request is carried to the final pretrial conference to be held by the trial judge. Given the fact that very few civil actions actually require a trial, this request may be presented at the time a trial is determined to be necessary.