IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN BATES, | : | |
| Plaintiff, | : | |
| v. | : | CA 13-00051-KD-C |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | | |

## ORDER

This matter is before the Court on numerous pending motions and briefs that have been referred to the undersigned. (Docs. 144, 151, 152, 153, 154 and 155.) In those filings the parties raise various issues relating to the government's pending Motion to Dismiss, or Alternatively, for Summary Judgment ("MTD/MSJ") (doc. 135). After reviewing those filings (docs. 144, 151, 152, 153, 154 and 155), the undersigned has determined that all objections and requests for relief presented therein are hereby **CARRIED** to be taken under consideration by the undersigned in conjunction with the government's MTD/MSJ (doc. 135) after it has been taken under submission.

Additionally, in the Plaintiff's most recent filing (doc. 155), which was filed on February 26, 2015, and entered by the Court on February 27, 2015, (*see* Docket Sheet),[1] the Plaintiff requests an extension of time to file her response to the government's MTD/MSJ. (*See* doc. 155 at 1.) That request is hereby **GRANTED**. Accordingly, the

---

[1] This filing is titled by the Plaintiff as follows: "MOTION TO RESPOND AND OBJECTING TO DEFENDANTS' MOTION TO FILE NEW AND ADDITIONAL EVIDENCE AFTER DISCOVERY CLOSURE, AND AFTER FILING SUMMARY JUDGMENT/DISMISSAL (DOC. 135-136), AND AFTER DISOBEYING THE COURT ORDER (DOC. 134) "GOVERNMENT MUST FILE ITS 'SUGGESTED DETERMINATIONS OF UNDISPUTED FACT AND CONCLUSIONS OF LAW, APPROPRIATELY", AND UNIDENTIFIABLE AND UNCLEAR EXHIBITS AND OMISSIONS EVIDENCE." (Doc. 155.)

Plaintiff's deadline to respond to the government's MTD/MSJ is **EXTENDED** from March 4, 2015, (*see* doc. 149), to **March 16, 2015**,[2] and the government's deadline to file its reply shall be **EXTENDED** from March 18, 2015, (*see id.*), to **March 30, 2015**. The undersigned emphasizes that this extension of time only applies to the Plaintiff's response brief and the government's reply as stated above. This matter will be taken under submission on **March 31, 2015**, and there shall be no further briefing.

    **DONE** and **ORDERED** this the 27th day of February 2015.

                  s/WILLIAM E. CASSADY
                  **UNITED STATES MAGISTRATE JUDGE**

---

[2] The undersigned notes that the Plaintiff did not specify the number of days that she requested, (*see* doc. 155), but the undersigned has determined that twelve additional days shall be sufficient.