IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN BATES,            )  | |
|     Plaintiff,           ) | |
|                            ) | |
| v.                         ) | |
|                            )  | CIVIL ACTION NO.: 2:13-00051-KD-C |
| UNITED STATES OF AMERICA,  ) | |
|     Defendant.           ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 31, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **21st** day of **August 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1