#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ALABAMA
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USDC CIVIL NO. 13-00051-KD-C |
| | ) | USCA CIVIL NO.  15-15185 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES'S NOTICE OF CROSS APPEAL

Pursuant to Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, the United States appeals this Court's Orders of October 14, 2015 (Doc. 184) and November 23, 2015 (Doc. 200), entering judgment in favor of Plaintiff and against Defendant and partially granting Plaintiff's motion for costs.

                    Respectfully submitted,

                    KENYEN R. BROWN
                    UNITED STATES ATTORNEY

By:   *s/ Patricia N. Beyer*
                    Patricia N. Beyer
                    Assistant United States Attorney
                    United States Attorney's Office
                    63 South Royal Street, Suite 600
                    Mobile, Alabama  36602
                    Telephone:  (251) 415-7128
                    Fax:  (251) 441-5051
                    E-mail: patricia.beyer@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that, on December 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused a hard copy to be sent to Plaintiff at her mailing address.

        *s/ Patricia N. Beyer*
        Patricia N. Beyer